UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIEL DURAN, individually and on behalf of
others similarly situated,

                              Plaintiffs,

                    -against-

C AND J BROTHERS, INC., et al.,

                              Defendants.

22-CV-387 (JGLC)

**NOTICE OF
REASSIGNMENT**

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including that settlement documents shall be submitted by August 22, 2023 per ECF No. 21. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke.**

Dated:  August 2, 2023
        New York, New York

                              SO ORDERED.

                              _Jessica Clarke_

                              JESSICA G. L. CLARKE
                              United States District Judge