UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABRIEL DURAN, individually and on behalf of others similarly situated,<br><br>                      Plaintiffs,<br><br>-against-<br><br>C AND J BROTHERS, INC., et al.,<br><br>                      Defendants. | 22-CV-387 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

       The settlement agreement submitted on September 29, 2023 is consistent with the Court's Order at ECF No. 24. Accordingly, the Court approves the parties' settlement agreement at ECF No. 26-1. The Court congratulates the parties on successfully resolving this case. The Clerk of Court is directed to close the case.

Dated: October 2, 2023
       New York, New York

                                              SO ORDERED.

                                              *Jessica Clarke*

                                              JESSICA G. L. CLARKE
                                              United States District Judge